**FOLEY & LARDNER LLP**
ATTORNEYS AT LAW
ONE MARITIME PLAZA, SIXTH FLOOR
SAN FRANCISCO, CA 94111-3409
TELEPHONE:     415.434.4484
FACSIMILE:      415.434.4507

FOLEY & LARDNER LLP (NEW ADDRESS AS OF 4.16.10)
555 CALIFORNIA STREET, 17TH FLOOR
SAN FRANCISCO, CA 94104

EILEEN R. RIDLEY CA Bar No. 151735
    eridley@foley.com
JOHN H. DOUGLAS CA Bar No. 178966
    jdouglas@foley.com
KRISTY K. MARINO CA Bar No. 241005
    KMarino@foley.com
ATTORNEYS FOR DEFENDANTS SONY ELECTRONICS, INC. AND
SONY OPTIARC AMERICA, INC.

LAW OFFICES OF RANDALL M. WIDMANN
RANDALL M. WIDMANN, CA BAR NO. 73154
2479 E. BAYSHORE RD., SUITE 703
PALO ALTO, CALIFORNIA 94303

ATTORNEY FOR PLAINTIFF MARY SELLERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY SELLERS,<br><br>    PLAINTIFF,<br><br>v.<br><br>SONY ELECTRONICS, INC., A CORPORATION, SONY OPTIARC, INC., A CORPORATION, DOE ONE THOUGH DOE ONE HUNDRED, INCLUSIVE,<br><br>    DEFENDANTS. | CASE NO: C 10-781 JF (HRL)<br><br>**STIPULATION REGARDING DEADLINE TO BRING MOTION TO REMAND; [PROPOSED] ORDER THEREON**<br><br>CASE FILED: DECEMBER 28, 2009<br>JUDGE: HON. JEREMY FOGEL |

WHEREAS, on February 25, 2010, Defendants Sony Electronics, Inc. and Sony Optiarc, Inc. (collectively "Defendants") removed this case to the instant court; and

WHEREAS, the parties have scheduled a mediation on June 28, 2010 in an effort to informally resolve this matter;

It is hereby Stipulated and Agreed that:

1. The deadline for Plaintiff Mary Sellers ("Plaintiff") to bring any motion to

remand to state court on any basis shall be deemed tolled pending the outcome of the mediation; and

2. This stipulation may thereafter be terminated upon five calendar days' written notice at any point after the mediation scheduled for June 28, 2010.

IT IS SO STIPULATED.

DATE: APRIL 1c, 2010

**FOLEY & LARDNER LLP**

By: /s/ John H. Douglas
JOHN H. DOUGLAS
ATTORNEYS FOR DEFENDANTS
SONY ELECTRONICS, INC. AND
SONY OPTIARC AMERICA, INC.

DATE: APRIL 12, 2010

**LAW OFFICES OF RANDALL M. WIDMANN**

By: /s/ Randall M. Widmann
RANDALL M. WIDMANN
ATTORNEY FOR PLAINTIFF MARY SELLERS

## ORDER

**PURSUANT TO THE STIPULATION BETWEEN THE PARTIES, IT IS SO ORDERED:**

DATE: APRIL 22, 2010

By: /s/ Jeremy Fogel
HON. JEREMY D. FOGEL
UNITED STATES DISTRICT COURT