**E-Filed 8/10/2010**

1
2
3
4
5
6
7
8

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# SAN JOSE DIVISION

| | |
|---|---|
| MARY SELLERS, | Case No. 10CV0781 LHK |
| Plaintiff, | ORDER CONTINUING CASE MANAGEMENT STATEMENT DUE DATE |
| v. | |
| SONY ELECTRONICS INC, A CORPORATION, SONY OPTIARC, INC, A CORPORATION, DOE ONE THROUGH DOE ONE HUNDRED, INCLUSIVE, | [re: dockets no. 13 and 16] |
| Defendants. | |

    The parties have informed the Court that they have entered into a settlement agreement that will be finalized on August 19, 2010.  The parties have proposed continuing the Case Management Conference Statement currently due on August 18, 2010 pursuant to the Court's Reassignment Order [dkt. #14].

    It is hereby ORDERED that the deadline for the Case Management Statement due on August 18, 2010 shall be continued.  If the settlement is not finalized, seven days in advance of the September 15, 2010 Case Management Conference, the parties shall file a Joint Case Management Statement in compliance with Rule 26 of the Federal Rules of Civil Procedure and this Court's Standing Orders.  Such Joint Case Management Statement shall also include the

information requested in paragraph ten of the Court's August 2, 2010 Reassignment Order .

**IT IS SO ORDERED.**

DATED: August 10, 2010

_____
LUCY H. KOH
United States District Judge