Law Offices of
RANDALL M. WIDMANN
RANDALL M. WIDMANN, St. #73154
2479 E. Bayshore Rd., Suite 703
Palo Alto, California 94303
(650) 424-8400

Attorney for Plaintiff,
MARY SELLERS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MARY SELLERS,<br><br>    Plaintiff,<br><br>    vs.<br><br>SONY ELECTRONICS, INC., a corporation, SONY OPTIARC, INC., a corporation, DOE ONE through DOE ONE HUNDRED, inclusive,<br><br>    Defendants. | Case No. C10 0781 LHK<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned matter be and is hereby dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a).

Law Offices of Randall M. Widmann

By: _____
Randall M. Widmann
Attorney for Plaintiff, Mary Sellers

Dated: 7/28/10

STIPULATION OF DISMISSAL                                                                                       1

1
2                                    Foley & Lardner LLP
3   Dated: 8/19/10              By: _____
4                                    John H. Douglas
5                                    Attorneys for Defendants,
                                     Sony Electronics, Inc. and Sony Optiarc
6                                    America, Inc.
7

8   IT IS SO ORDERED.   The Clerk shall close the file.
9

10
11  Dated: August 20, 2010         _____
                                   HON. LUCY H. KOH
12                                 United States District Judge
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION OF DISMISSAL                                        2